**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>    v.<br><br>GONG KIM,<br><br>              Defendant - Appellant. | No. 11-30021<br><br>D.C. No. 3:10-cr-00025-HA-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, Senior District Judge, Presiding

Argued and Submitted January 12, 2012
Seattle, Washington

Before: O'SCANNLAIN and RAWLINSON, Circuit Judges, and MOLLOY,
District Judge.**

Gong Kim pled guilty to one count of exporting munitions without a license

in violation of 22 U.S.C. § 2778. On appeal, Kim argues that the district court

---

       *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

       **    The Honorable Donald W. Molloy, United States District Judge for
the District of Montana, sitting by designation.

should have found a base offense level of 14 because his offense "involved only non-fully automatic small arms (rifles, handguns, or shotguns), and the number of weapons did not exceed ten." United States Sentencing Guidelines § 2M5.2(a)(2).

The district court correctly found a base offense level of 26 because Kim exported gun parts, which are not "non-fully automatic small arms" within the definition of section 2M5.2(a)(2). *See United States v. Carper*, 659 F.3d 923, 924–25 (9th Cir. 2011). Moreover, Kim's offense involved enough parts to service more than ten weapons.

**AFFIRMED.**